## STAFFORD *v.* ROOF, 9 COW. 626.

### In S. Ct. 7 Cow. 179.

### *Sale of Chattels.*

TROVER by an infant for a horse. The infant, having a general guardian sold a horse belonging to him, the infant; but there was no proof that he delivered the horse with his own hand. The vendee afterwards offered to sell the horse.

The Supreme Court held under these circumstances, that trover would not lie; that a sale and delivery of goods by an infant with his own hand though voidable, could not be avoided till the infant came of age. So of his sales of real estate. That the executory contracts of an infant, even by deed, are generally voidable, not void; and that though his executory contracts are voidable at any time without his restoring or being liable to restore the consideration, yet that it is otherwise as to contracts executed. On his coming of age, and on avoiding those, he must restore the consideration. But

The Court of Errors held that the action lay by the infant even before coming of age, without any demand of the horse from the vendee.

Judgment *reversed*, 13 to 7.

And per Jones, Chancellor. "The sale is void, no manual delivery by the infant, being shown. The sale and actual delivery of a personal chattel by an infant are voidable before he attains the age of twenty-one years. Otherwise of real estate."